# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MESHA ARSHAZ DEAN,<br><br>    Petitioner,<br><br>   v.<br><br>D.K. JOHNSON,<br><br>    Respondent. | **Case No. CV 15-02971 BRO (RAO)**<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records and files herein, and the Magistrate Judge's Report and Recommendation. The time for filing objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

    IT IS ORDERED that within 30 days of the date of this Order, Petitioner shall either: (a) elect to proceed on her exhausted claims by filing a "Notice of Petitioner's Election to Proceed on only her Exhausted Claims and Consent to Striking Unexhausted Claims;" or (b) elect to return to state court to exhaust her unexhausted claims by filing a consent to dismissal of this action without prejudice.

///

///

      IT IS FURTHER ORDERED that in the event Petitioner elects to withdraw the unexhausted claims, Respondent shall file and serve an Answer to the Petition within 45 days of the service of Petitioner's notice of election to proceed on only her exhausted claims.

      IT IS SO ORDERED.

DATED: March 1, 2016

                                       HON. BEVERLY REID O'CONNELL
                                       United States District Judge